UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:08CR551-DJS |
| | ) | |
| **SHANE R. FRANK,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #21] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to suppress [Doc. #17] is denied as moot subject to the government's agreement not to use the challenged statements in its case-in-chief.

Dated this ____4th____ day of December, 2008.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE